IDA M. NEWCOMBE, as Executrix of RICHARD S. NEWCOMBE, Deceased, Respondent, *v.* WILLIAM I. FOX, Appellant.

*Newcombe* v. *Fox,* 1 App. Div. 389, affirmed.
(Submitted October 22, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Michael A. Quinlan* for appellant.

*William H. Hamilton* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

GORDON G. HARRIS et al., by Guardian ad Litem, Substituted in Place of EMILY HARRIS, Deceased, Respondents, *v.* ARCHIBALD M. GRAHAM, Appellant.

*Harris* v. *Graham,* 90 Hun, 198, affirmed.
(Submitted October 22, 1897; decided November 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered December 19, 1895, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Charles T. Saxton* for appellant.

*E. W. Hamm* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.